UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| Kevin D. Anthony, individually,<br><br>        Plaintiff,<br>vs.<br><br>United States of America,<br><br>        Defendant. | NO.   3:19-cv-05337-BJR<br><br>ORDER GRANTING MR. ANTHONY'S MOTION TO FILE UNDER SEAL |

This matter having come before the above-entitled Court upon Mr. Anthony's Motion to File under Seal. The Court has reviewed the records and files herein, and being fully advised in the premises, IT IS HEREBY ORDERED that:

Mr. Anthony's Motion to File under Seal is GRANTED.

SIGNED this 18th day of September, 2020.

_Barbara J. Rothstein_
Honorable Barbara J. Rothstein