The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| Kevin D. Anthony, individually, | CASE NO. C19-5337-BJR |
| Plaintiff, | JOINT PRETRIAL STATEMENT |
| v. | |
| United States of America, | |
| Defendant. | |

Pursuant to Paragraph VI of Judge Barbara J. Rothstein's March 6, 2020 Standing Order for all Civil Cases, the Plaintiff, Kevin D. Anthony, by and through his attorney of record, James J. Raffa, of James J. Raffa, *PLLC*, and the Defendant, the United States of America, by and through undersigned counsel of record, Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and by Kristen R. Vogel, Assistant United States Attorney for said District, submit the Joint Pretrial Statement.

JOINT PRETRIAL STATEMENT
PAGE **1** OF **6**
CASE NO. C19-5337-BJR

James J. Raffa, *PLLC,* Attorney at Law
201 Saint Helens Avenue, Tacoma, WA 98402
(253) 927-7337; (253) 952-0530 (fax);

### a) A Short, Concise Statement of The Case.

Jurisdiction is vested in this court because Plaintiff Kevin Anthony's claims are brought pursuant to the Federal Tort Claims Act ("FTCA") against Defendant the United States of America. 28 U.S.C. §§ 1346(b), 2679(b)(1). The FTCA waives sovereign immunity for negligent or wrongful acts committed by a federal employee acting within the scope of his employment. 28 U.S.C. §§ 1346(b), 2671, 2680.

On November 5, 2015, U.S. Army Ranger Specialist Jesse M. Suhanec overdosed on his prescribed Adderall, absented himself from Joint Base Lewis-McChord ("JBLM") just south of Tacoma, Washington, and shot Plaintiff Kevin D. Anthony, a civilian, multiple times while Mr. Anthony sat in his truck. While Mr. Anthony survived the attack, he was grievously injured and permanently disabled. Mr. Suhanec's actions constitute an intentional tort for which the United States cannot be held liable. 28 U.S.C. § 2680(h). However, Plaintiff sues the United States alleging that his injury was a result of the Army's negligence instead of Mr. Suhanec's intentional tort.

Before the Court is the issue of liability. Plaintiff alleges that Defendant United States is liable for his injuries and damages under the FTCA on the theory of Negligent Hiring because Mr. Suhanec claims to have been advised by his Army recruiter to lie about his disqualifying condition (self-mutilation scars on his left forearm) during his ascension process in the Army. Defendant denies that any Army recruiter instructed Mr. Suhanec to lie and further denies that scars on Mr. Suhanec's left forearm would make it foreseeable that he would overdose on prescribed medication more than four years later and shoot someone.

JOINT PRETRIAL STATEMENT
PAGE 2 OF 6
CASE NO. C19-5337-BJR

James J. Raffa, *PLLC,* Attorney at Law
201 Saint Helens Avenue, Tacoma, WA 98402
(253) 927-7337; (253) 952-0530 (fax);

**b)** **Any Facts To Which The Parties Can Stipulate.**

The following facts are admitted by the parties:

1. Mr. Suhanec enlisted in the United States Army in the delayed enlistment program on August 26, 2011.

2. Mr. Suhanec completed a required medical examination at the Military Entrance Processing at Fort Dix, New Jersey on July 12, 2011.

3. Mr. Suhanec entered active-duty service on March 13, 2012 for a term of four years.

4. On November 5, 2015, Mr. Suhanec took approximately 12-15 of his prescribed Adderall medication.

5. On November 5, 2015, Mr. Suhanec took a privately-owned weapon from the JBLM arms room without authority from either the owner of the weapon or the company commander, absented himself from JBLM, and shot Mr. Anthony.

**c)** **Designation Of Depositions (No Objections).**

The parties have designated portions of Mr. Suhanec's deposition testimony and there are no objections.

**d)** **Itemization Of Damages and A Summary of Other Relief Requested.**

This case has been bifurcated and accordingly the parties do not present an itemization of damages. Plaintiff requests that this Court find the United States 100% liable for his injuries. The United States requests that this Court find that it is not liable for Plaintiff's injuries. Alternatively, to the extent the Court finds the United States liable for Plaintiff's injuries, the United States requests that its liability be reduced by the percentage of fault attributable to Mr. Suhanec pursuant to RCW 4.22.070.

**e)** **A Summary of Any Pending Motions *In Limine* And The Opposition Thereto.**

Not applicable.

JOINT PRETRIAL STATEMENT
PAGE **3** OF **6**
CASE NO. C19-5337-BJR

James J. Raffa, *PLLC,* Attorney at Law
201 Saint Helens Avenue, Tacoma, WA 98402
(253) 927-7337; (253) 952-0530 (fax);

**f)   Whether Settlement Negotiations Have Been or Would Be Beneficial.**

Settlement discussions have not been fruitful.

**g)   An Updated Estimate of The Length of Trial.**

The parties estimate a 2–3-day bench trial.

**h)   Schedule Of Witnesses, Brief Summary of Expected Testimony (No Objections).**

Plaintiff will call the following fact witnesses:

1. Jesse M. Suhanec. Mr. Suhanec was the enlistee who lied during the recruiting process and shot Mr. Anthony. Mr. Suhanec will be called to testify as to the fact and circumstances in his life which, if disclosed during the enlistment process, would have prevented his enlistment. He will also testify as to the facts and circumstances of his recruitment into the Army.

Defendant will call the following fact witnesses:

1. Jennifer Yanick. Ms. Yanick was one of Mr. Suhanec's Army recruiters. Ms. Yanick will be called to testify as to the facts and circumstances of Mr. Suhanec's recruitment.

2. Master Sergeant (MSG) Daniel Hollis. MSG Hollis was one of Mr. Suhanec's Army recruiters. MSG Hollis will be called to testify as to the facts and circumstances of Mr. Suhanec's recruitment.

Defendant will call the following expert witness:

1. William W. Adams, MD. Dr. Adams is a board-certified expert in the field of General Psychiatry and Addiction Medicine. Dr. Adams will testify regarding Mr. Suhanec's behavior on November 5, 2015 as it relates to his allegedly disclosed pre-military psychiatric history.

Anticipated Schedule of Witnesses:

Tuesday, October 12, 2021:

9:30 am – Jesse Suhanec testifies after openings
1:30 pm – continue with Suhanec testimony
3:30 pm – Daniel Hollis

JOINT PRETRIAL STATEMENT
PAGE **4** OF **6**
CASE NO. C19-5337-BJR

James J. Raffa, *PLLC,* Attorney at Law
201 Saint Helens Avenue, Tacoma, WA 98402
(253) 927-7337; (253) 952-0530 (fax);

| | | |
|---|---|---|
|1| |Wednesday, October 13, 2021|
|2| |9:30 am – Jennifer Yanick|
| | |11 am – Dr. William W. Adams|
|3| |Closings in the afternoon|
|4| |Thursday, October 12, 2021|
|5| |9:30 am – Reserved, in the event testimony goes longer than expected.|

6   **i)   List of Exhibits (Admissibility Stipulated).**

Joint Exhibits:

J1   DD Forms 2807-2, dated 2/16/2011 and 7/11/2011 (USAO_000815-000825)

J2   USMEPCOM Form 40-8-E, dated 7/12/2011 (USAO_000828)

J3   USMEPCOM Form 40-1-15-1-E, dated 7/12/2011 (USAO_000812-000813)

J4   DD Form 2808, dated 7/12/2011 (USAO_000804-000807)

J5   DD Form 2807-1, dated 7/12/2011 (USAO_000808-000811)

J6   USMEPCOM Hearing Testing HT Wizard, dated 7/12/2011 (USAO_000814)

J7   USMEPCOM Form 601-23-5-R-E, dated 3/13/2012 (USAO_000826-000827)

Plaintiff's Exhibits:

P1   USAREC Regulation 601-45 (Effective 30 July 2009)

P2   DoD 6130.03 Instruction (Effective April 28, 2010, Incorporating Change 1, September 13, 2011

P3   AR 40-501 (Effective 14 December 2007)

Defendant's Exhibits:

D1   Suhanec Statement for Enlistment, dated 8/26/2011 (USAO_001009-001016)

D2   Suhanec Statement for Enlistment, dated 3/13/2012 (USAO_001026-001033)

D3   Curriculum Vitae of William W. Adams, MD

JOINT PRETRIAL STATEMENT
PAGE **5** OF **6**
CASE NO. C19-5337-BJR

James J. Raffa, *PLLC,* Attorney at Law
201 Saint Helens Avenue, Tacoma, WA 98402
(253) 927-7337; (253) 952-0530 (fax);

j) **Proposed Jury Instructions.**

Not applicable.

k) **Proposed Verdict Forms.**

Not applicable.

l) **Proposed *Voir Dire* Questions.**

Not applicable.

DATED this 13th day of September, 2021.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney<br><br>*/s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY No. 5195664<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: kristen.vogel@usdoj.gov<br><br>Attorney for Defendant | **James J. Raffa *PLLC*** <br><br>_____<br>James J. Raffa, WSB 20394<br>201 Saint Helens Avenue<br>Tacoma, WA 98402-2519<br>Seattle, WA 98101<br>Phone:<br>Email: james@raffalaw.com<br>Phone: 253-927-7337<br><br>Attorney for Plaintiff |

JOINT PRETRIAL STATEMENT
PAGE **6** OF 6
CASE NO. C19-5337-BJR

**James J. Raffa, *PLLC*,** Attorney at Law
201 Saint Helens Avenue, Tacoma, WA 98402
(253) 927-7337; (253) 952-0530 (fax);