The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Kevin D. Anthony, individually,<br><br>                Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>                Defendant. | CASE NO. C19-5337-BJR<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO SUBMIT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |

The Parties, by and through their undersigned counsel, jointly stipulate and respectfully move the Court for an extension of time to submit proposed findings of fact and conclusions of law, from the current deadline of December 20, 2021 until January 3, 2022.

In order to assist with the proposed findings of fact, the parties have requested the trial transcript and have been informed it will not be completed until approximately December 16, 2021. Furthermore, counsel for Defendant will be out of the country and without access to her work computer from December 11, 2021 until December 19, 2021. Counsel for Plaintiff also has scheduling conflicts over the holidays.

//

STIPULATED MOTION FOR EXTENSION OF TIME TO SUBMIT
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
C19-5337-BJR - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Therefore, the parties stipulate and agree that good cause exists for an Order extending the deadline from December 20, 2021 until January 3, 2022, and respectfully request an Order from the Court allowing this additional time.

DATED this 9th day of December, 2021.

**SO STIPULATED AND RESPECTFULLY SUBMITTED,**

JAMES J. RAFFA, PLLC

*s/ James J. Raffa*
JAMES J. RAFFA, WSBA #20394
201 Saint Helens Avenue
Tacoma, WA 98402
Telephone: 253-927-7337
Email: james@raffalaw.com

Attorney for Plaintiff


NICHOLAS W. BROWN
United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov

Attorney for the United States

STIPULATED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
C19-5337-BJR - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

**IT IS SO ORDERED.**

DATED this 14th day of December, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME TO SUBMIT
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
C19-5337-BJR - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970